IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALVIS LEE GIBBS, JR.**  **PLAINTIFF**
**ADC #174990**

v.   Case No: 3:21-CV-00123-LPR

**CHRIS LANE,** *et al.*   **DEFENDANTS**

## ORDER

    This case was administratively terminated on September 9, 2021, and Mr. Gibbs was warned that if he did not file a timely motion to reopen or a status report by March 30, 2023, then the Court would reopen the case and dismiss it without prejudice.[1]  Mr. Gibbs has notified the Court that he has entered a plea but awaits sentencing.[2]  The Court appreciates Mr. Gibbs's careful maintenance of his case and will extend the date upon which to move to re-open this case.

    Mr. Gibbs may move to reopen this case after the final disposition of his federal criminal case, including any appeal.  Any motion to reopen must be filed within 60 days of that final disposition.  If Mr. Gibbs does not file a timely motion to reopen or a status report by March 30, 2024, then the Court will reopen the case and dismiss it without prejudice.

    IT IS SO ORDERED this 8th day of March, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order, Doc. 7.

[2] Notice, Doc. 9.