IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALVIS LEE GIBBS, JR.**                                                                                    **PLAINTIFF**

v.                                           Case No. 3:21-cv-00123-LPR

**AARON MORPHIS,**
*TFC, State Police*                                                                                          **DEFENDANT**

**ORDER**

On February 7, 2024, the Court directed the United States Marshal to serve Defendant Aaron Morphis with a copy of Plaintiff's Complaint and Summons.[1] The Clerk's Office filed proof of service on March 25, 2024, but Defendant Morphis has failed to enter an appearance in this matter or otherwise respond to Plaintiff's Complaint.[2] A closer look at the process receipt reveals that the Summons and Complaint were sent to Defendant Morphis via certified mail on February 28, 2024, and delivered to the headquarters of the Arkansas State Police Highway Patrol Troop C on March 4, 2024.[3] But Defendant Morphis did not sign the return receipt. Instead, a third party received and signed for the documents. Thus, the Court has no way of knowing whether Defendant Morphis was ever properly served.

IT IS THEREFORE ORDERED that:

1. The Court hereby extends the time for service until March 3, 2025.

2. The Clerk of Court is directed to prepare a new Summons for Defendant Morphis.

3. The United States Marshal shall serve Defendant Morphis, via personal service or restricted delivery only, with the Summons and copies of the Complaint (Docs. 2 and 4), the

---

[1] Order (Doc. 13). The Court also directed the Marshal to serve Defendant Morphis with copies of the Court's original screening Order (Doc. 5) and the Order directing service (Doc. 13).

[2] *See* Doc. 16.

[3] *Id.*

Court's screening and service Orders (Docs. 5 and 13), and this Order, without prepayment of fees and costs or security therefor.

    IT IS SO ORDERED this 29th day of January 2025.

                                                   _____
                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE